**FENNEMORE CRAIG, P.C.**
Christopher H. Byrd (No. 1633)
Chelsie A. Adams (No. 13058)
300 S Fourth Street, Suite 1400
Las Vegas, NV 89101
Telephone: (702) 692-8000
Facsimile: (702) 692-8099
Email: cbyrd@fennemorelaw.com
cadams@fennemorelaw.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

QUANTUM ENERGY, INC.

Plaintiff,

vs.

PCS ADVISORS LLC, and JOHN SUPROCK,

Defendants.

**Case No.:** 2:21-CV-02184-JAD-BNW

**SUBSTITUTION OF ATTORNEY**

Plaintiff, Quantum Energy, Inc. hereby substitutes, Christopher H. Byrd and Chelsie A. Adams, of Fennemore Craig, P.C., 300 S. Fourth Street, Suite 1400, Las Vegas, Nevada 89101, as attorneys of record in place and instead of Mark R. Basile, Eric Benzenberg, and Scott Ventures Doney.

DATED: 3/14/2022

BY: WILLIAM WESTBROOK
TITLE: CFO
FOR: QUANTUM ENERGY, INC.

DATED: 3/17/2022

MARK R. BASILE

DATED: March 17, 2022 ERIC BENZENBERG

DATED: March 17, 2022 SCOTT VENTURES DONEY

I am duly admitted to practice in this District and the above substitution is accepted.

DATED: 3/23/22 CHRISTOPHER H. BYRD

DATED: March 23, 2022 CHELSIE A. ADAMS

**RETAINED**

APPROVED:

DATED: March 24, 2022

JUDGE BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

FENNEMORE CRAIG, P.C.
ATTORNEYS AT LAW
LAS VEGAS

**CERTIFICATE OF SERVICE**

Pursuant to NRCP 5-4 of the Local Rules of Civil Practice of the United States District Court, District of Nevada, I hereby certify that I am an employee of Fennemore Craig, P.C., and that on March 23, 2022, I caused to be served a true and correct copy of the foregoing Substitution of attorney in the following manner:

X The foregoing was electronically filed on the date hereof and served on all parties through the Notice of Electronic Filing automatically by the Court's CM/ECF;

__ By depositing a copy of the above-referenced document for mailing in the U.S. Mail, first-class postage prepaid, at Las Vegas, Nevada, to the parties listed below.

Joshua Wurtzel
Samuel L. Butt
Schlam Stone & Dolan LLP
26 Broadway
New York, NY 10004
Phone: (212) 612-1234
jwurtzel@schlamstone.com
sbutt@schlamstone.com

*Attorneys for Defendants*

Jonathan D. Blum
Wiley Peterson
1050 Indigo Drive, Suite 200B
Las Vegas, NV 89145
Phone: (702) 910-3329
jblum@wileypetersenlaw.com

*Attorneys for Defendants*

/s/ [signature]
Employee of Fennemore Craig, P.C.