**FENNEMORE CRAIG, P.C.**
Christopher H. Byrd (No. 1633)
Chelsie A. Adams (No. 13058)
300 S Fourth Street, Suite 1400
Las Vegas, NV 89101
Telephone: (702) 692-8000
Facsimile: (702) 692-8099
Email: cbyrd@fennemorelaw.com
         cadams@fennemorelaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| QUANTUM ENERGY, INC. | **Case No.:** 2:21-CV-02184-JAD-BNW |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO FILE RESPONSE AND REPLY TO MOTION TO DISMISS** |
| vs. | **(First Request)** |
| PCS ADVISORS LLC, and JOHN SUPROCK, | |
| Defendants. | ECF No. 22 |

On March 21, 2022, Defendants CPS Advisors LLC and John Suprock filed their Motion to Dismiss see ECF Doc. 17, the response to which is currently due on April 4, 2022. On March 24, 2022, this Court granted the substitution of counsel for Plaintiff. To allow adequate time for substituted counsel to appear in the case and prepare a rebuttal to the Motion to Dismiss, counsel for Plaintiff requested a brief two week extension up to and including April 18, 2022, to file Plaintiff's opposition to the Motion to Dismiss. Counsel for Defendants has stipulated to such an extension and in doing so has requested an extension to file its reply to May 2, 2022 (assuming the April 18, 2022 extension were granted the reply would be due on April 25, 2022). As such, the parties have stipulated as follows:

IT IS HEREBY STIPULATED that (1) Plaintiff Quantum Energy, Inc. may have up to and including April 18, 2022 to file its response to Defendants Motion to Dismiss and (2) that Defendants PCS Advisors LLC and John Suprock may have up to and including May 2, 2022 to file their reply to their Motion to Dismiss.

| | |
|---|---|
| DATED this 31st day of March.<br><br>**FENNEMORE CRAIG, P.C.**<br><br>*/s/ Christopher H. Byrd, Esq.*<br>Christopher H. Byrd (#1633)<br>Chelsie A. Adams (#13058)<br>9275 W. Russell Ste. 240<br>Las Vegas, Nevada 89148<br>*Attorneys for Plaintiff* | DATED this 31st day of March.<br><br>**SCHLAM, STONE & DOLAN LLP**<br><br>*/s/ Joshua Wurtzel* (w/ permission)<br>Joshua Wurtzel<br>Samuel Butt<br>26 Broadway<br>New York, New York 10004<br>*Attorneys for Defendants* |

DATED this 31st day of March.

**WILEY PETERSEN**

*/s/ Jonathan D. Blum* (w/ permission)
Jonathan D. Blum (#9515)
1050 Indigo Drive, Suite 200B
Las Vegas, Nevada 89145
*Attorneys for Defendants*

IT IS HEREBY ORDERED that (1) Plaintiff Quantum Energy, Inc. may have up to and including April 18, 2022, to file its response to Defendants Motion to Dismiss and (2) that Defendants PCS Advisors LLC and John Suprock may have up to and including May 2, 2022, to file their reply to their Motion to Dismiss.

Dated this 6th day of April, 2022.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully Submitted By:

**FENNEMORE CRAIG, P.C.**

*/s/Christopher H. Byrd, Esq.*
Christopher H. Byrd (No. 1633)
Chelsie A. Adams (No. 13058)
300 S Fourth Street, Suite 1400
Las Vegas, NV 89101
*Attorney for Plaintiff* _____

FENNEMORE CRAIG, P.C.
ATTORNEYS AT LAW
LAS VEGAS