# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Quantum Energy Inc., | Case No. 2:21-cv-02184-JAD-BNW |
| Plaintiff, | **Order** |
| v. | |
| PCS Advisors LLC, et al., | |
| Defendants. | |

Before the Court is Plaintiff's Motion for a Protective Order. ECF No. 35. Defendants responded at ECF No. 40, and Plaintiff replied at ECF No. 42.

After reading the briefs, it appears that most of the issues before this Court have been resolved and that only a few issues remain. The Court addresses them below.

**I.     Rule 30(b)(6) Witness Topics**

The Court understands Defendants have revised their proposed topics (ECF No. 40 at 2-3) and that Plaintiff only takes issue with one of those topics, Topic 8. The Court agrees with Plaintiff that, as written, Topic 8 does not satisfy the particularity requirement of Fed. R. Civ. P, 30(b)(6). As a result, Plaintiff has established good cause under Fed. R. Civ. P. 26(c) to show that it would be subject to undue burden if ordered to prepare its witness on such a broad request. The parties are to meet and confer, within 10 days of this order, on Topic 8 to further define "Defendants" and "850,00 shares at issue" and to discuss what it is Defendants intend to ask about the two mentioned agreements.

**II.    Sufficient Time to Prepare the Rule 30(b)(6) Witness**

The Court agrees that, given the extension the Court recently granted, the parties can work together to ensure Plaintiff has adequate time to prepare its witness. Defendants are to withdraw the previous Rule 30(b)(6) notice no later than 7 days after the issuance of this order and re-notice the deposition (which will include Topics 1-7 as recited in their response at 2-3 and the agreed-upon version of Topic 8) no later than 14 days after the issuance of this order.

### III. Jeffrey Mallmes

The Court understands that Defendants have agreed to withdraw the deposition notice to Jeffrey Mallmes, without prejudice, mooting that argument. To the extent Defendants have not yet withdrawn the notice, they shall do so no later than 7 days after the issuance of this order.

### I. Conclusion

IT IS THEREFORE ORDERED that ECF No. 35 is GRANTED.

IT IS FURTHER ORDERED that the hearing set for December 5, 2022 is VACATED.

DATED: November 21, 2022

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE