JONATHAN D. BLUM, ESQ.
Nevada Bar No. 09515
**WILEY PETERSEN**
1050 Indigo Dr., Suite 200B
Las Vegas, Nevada  89145
Telephone No.  (702) 910-3329
Facsimile: (702) 553-3467
jblum@wileypetersenlaw.com

Samuel L. Butt *(admitted pro hac vice)*
sbutt@schlamstone.com
Joshua D. Wurtzel *(admitted pro hac vice)*
jwurtzel@schlamstone.com
**SCHLAM STONE & DOLAN LLP**
26 Broadway
New York, NY  10004
Telephone:  212-344-5400
Facsimile:  212-344-7677

*Attorneys for Plaintiffs John Suprock, Laurie*
*Suprock, Consortium LLC, and Renewable Energy*
*Now, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN L. SUPROCK, an individual, LAURIE L. SUPROCK, an individual, CONSORTIUM LLC, a South Dakota limited liability company, and RENEWABLE ENERGY NOW, LLC, a Montana limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>QUANTUM ENERGY, INC., a Nevada corporation, and CLEARTRUST, LLC, a Florida limited liability company,<br><br>Defendants. | Case No. 2:21-cv-02184-JAD-BNW<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND BRIEFING DEADLINES**<br><br>**(FIRST REQUEST)**<br><br>[ECF No. 73] |

Plaintiffs John L. Suprock ("Mr. Suprock"), Laurie L. Suprock ("Mrs. Suprock"), Consortium LLC ("Consortium"), and Renewable Energy Now, LLC ("Renewable Energy" and, collectively, with Mr. Suprock, Mrs. Suprock, and Consortium, "Plaintiffs") and Defendant Quantum Energy, Inc. ("Defendant" and, collectively with Plaintiffs, the "Parties"), by and through their counsel of record,

1

jointly move the Court to extend the deadlines for oppositions and replies to the Parties' respective motions for summary judgment filed on July 7, 2023 (ECF Nos. 71 and 72, the "Motions").

1.      Pursuant to LR IA 6-1, this is the Parties' first joint request to extend deadlines with respect to the Motions.  The extension is requested because one of Plaintiffs' counsel has long planned travel plans out of the country during the time oppositions would be due, and because counsel for both Parties have other professional obligations necessitating the extension.

2.      The continuance requested herein is not sought for the purposes of delay and will not result in prejudice to the Parties or the Court.

3.      Accordingly, the Parties jointly request that the Court continue all deadlines in accordance with the below schedule:

| **Deadline** | **Current Date** | **Proposed New Date** |
|---|---|---|
| **Opposition to Motions** | July 28, 2023 | August 18, 2023 |
| **Replies In Further Support of Motions** | August 11, 2023 | September 1, 2023 |

IT IS SO STIPULATED.

Dated this 10th day of July, 2023

**WILEY PETERSEN**

*/s/ Jonathan D. Blum*
By: _____
　　　　Jonathan D. Blum, Esq.
　　　　Nevada Bar. No. 9515
　　　　1050 Indigo Drive, Suite 200B
　　　　Las Vegas, Nevada 89145
　　　　jblum@wileypetersenlaw.com

and-

**SCHLAM STONE & DOLAN LLP**

By: /s/ Samuel L. Butt _____
　　　　Samuel L. Butt (admitted *pro hac vice*)
　　　　Joshua D. Wurtzel (admitted *pro hac vice*)
　　　　26 Broadway
　　　　New York, New York 10004
　　　　E-Mail: sbutt@schlamstone.com
　　　　E-Mail: jwurtzel@schlamstone.com

*Attorneys for Plaintiffs John Suprock, Laurie Suprock, Consortium LLC, and Renewable Energy Now, LLC*

2

Dated this 10th day of July, 2023     **FENNEMORE CRAIG, P.C.**

By:   /s/ Christopher H. Byrd
          Christopher H. Byrd
          Chelsie A. Adams
          9275 W. Russel Road, Suite 240
          Las Vegas, Nevada 89148
          Telephone:  (702) 692-8000
          Facsimile: (702) 692-8099
          Email: cbyrd@fennemorelaw.com
          Email: cadams@fennemorelaw.com

          and-

          **FENNEMORE CRAIG, P.C.**

By:   /s/ David A. TImchak
          David A. Timchak (admitted *pro hac vice*)
          2394 E. Camelback Road, Suite 600
          Telephone:  (602) 916-5000
          Facsimile: (602) 916-5999
          Email: dtimchak@fennemorelaw.com

          *Attorneys for Defendant Quantum Energy, Inc.*

## ORDER

**IT IS HEREBY ORDERED that oppositions to the pending summary-judgment motions are due on August 18, 2023, and replies are due on September 1, 2023.**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** July 11, 2023