JONATHAN D. BLUM, ESQ.
Nevada Bar No. 09515
**WILEY PETERSEN**
1050 Indigo Dr., Suite 200B
Las Vegas, Nevada 89145
Telephone No. (702) 910-3329
Facsimile: (702) 553-3467
jblum@wileypetersenlaw.com

Samuel L. Butt *(admitted pro hac vice)*
sbutt@schlamstone.com
Joshua D. Wurtzel *(admitted pro hac vice)*
jwurtzel@schlamstone.com
**SCHLAM STONE & DOLAN LLP**
26 Broadway
New York, NY 10004
Telephone: 212-344-5400
Facsimile: 212-344-7677

*Attorneys for Plaintiffs John Suprock, Laurie Suprock, Consortium LLC, and Renewable Energy Now, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN L. SUPROCK, an individual, LAURIE L. SUPROCK, an individual, CONSORTIUM LLC, a South Dakota limited liability company, and RENEWABLE ENERGY NOW, LLC, a Montana limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>QUANTUM ENERGY, INC., a Nevada corporation, and CLEARTRUST, LLC, a Florida limited liability company,<br><br>Defendants. | Case No. 2:21-cv-02184-JAD-BNW<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES**<br><br>**(SECOND REQUEST)**<br><br>ECF No. 77 |

Plaintiffs John L. Suprock ("Mr. Suprock"), Laurie L. Suprock ("Mrs. Suprock"), Consortium LLC ("Consortium"), and Renewable Energy Now, LLC ("Renewable Energy" and, collectively, with Mr. Suprock, Mrs. Suprock, and Consortium, "Plaintiffs") and Defendant Quantum Energy, Inc. ("Defendant" and, collectively with Plaintiffs, the "Parties"), by and through their counsel of record,

1

jointly move the Court to extend the deadlines for oppositions and replies to the Parties' respective motions for summary judgment filed on July 7, 2023 (ECF Nos. 71 and 72, the "Motions").

1. Pursuant to LR IA 6-1, this is the Parties' second joint request to extend deadlines with respect to the Motions. The extension is requested because counsel for both Parties have other professional obligations necessitating the extension.

2. The continuance requested herein is not sought for the purposes of delay and will not result in prejudice to the Parties or the Court.

3. Accordingly, the Parties jointly request that the Court continue all deadlines in accordance with the below schedule:

| Deadline | Current Date | Proposed New Date |
| --- | --- | --- |
| **Opposition to Motions** | August 18, 2023, 2023 | August 25, 2023 |
| **Replies In Further Support of Motions** | September 1, 2023 | September 8, 2023 |

IT IS SO STIPULATED.

DATED this 14th day of August, 2023.

**IT IS SO ORDERED.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 18, 2023

**WILEY PETERSEN**

By: _____
Jonathan D. Blum, Esq.
Nevada Bar. No. 9515
1050 Indigo Drive, Suite 200B
Las Vegas, Nevada 89145
jblum@wileypetersenlaw.com

-and-

**SCHLAM STONE & DOLAN LLP**

By: /s/ Samuel L. Butt
Samuel L. Butt (admitted *pro hac vice*)
Joshua D. Wurtzel (admitted *pro hac vice*)
26 Broadway
New York, New York 10004
E-Mail: sbutt@schlamstone.com
E-Mail: jwurtzel@schlamstone.com

*Attorneys for Plaintiffs John Suprock, Laurie Suprock, Consortium LLC, and Renewable Energy Now, LLC*

Dated this 14th day of August, 2023

          **FENNEMORE CRAIG, P.C.**

By: */s/ Christopher H. Byrd*
     Christopher H. Byrd
     Chelsie A. Adams
     9275 W. Russel Road, Suite 240
     Las Vegas, Nevada 89148
     Telephone: (702) 692-8000
     Facsimile: (702) 692-8099
     Email: cbyrd@fennemorelaw.com
     Email: cadams@fennemorelaw.com

and-

**FENNEMORE CRAIG, P.C.**

By: */s/ David A. TImchak*
     David A. Timchak (admitted *pro hac vice*)
     2394 E. Camelback Road, Suite 600
     Telephone: (602) 916-5000
     Facsimile: (602) 916-5999
     Email: dtimchak@fennemorelaw.com

*Attorneys for Defendant Quantum Energy, Inc.*