JONATHAN D. BLUM, ESQ.
Nevada Bar No. 09515
**WILEY PETERSEN**
10000 W. Charleston Blvd., Suite 230
Las Vegas, Nevada 89135
Telephone No. (702) 910-3329
Facsimile: (702) 553-3467
jblum@wileypetersenlaw.com

Samuel L. Butt *(admitted pro hac vice)*
sbutt@schlamstone.com
Joshua D. Wurtzel *(admitted pro hac vice)*
jwurtzel@schlamstone.com
**SCHLAM STONE & DOLAN LLP**
26 Broadway
New York, NY 10004
Telephone: 212-344-5400
Facsimile: 212-344-7677

*Attorneys for Plaintiffs John Suprock, Laurie Suprock, Consortium LLC, and Renewable Energy Now, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN L. SUPROCK, an individual, LAURIE L. SUPROCK, an individual, CONSORTIUM LLC, a South Dakota limited liability company, and RENEWABLE ENERGY NOW, LLC, a Montana limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>QUANTUM ENERGY, INC., a Nevada corporation, and CLEARTRUST, LLC, a Florida limited liability company,<br><br>Defendants. | Case No. 21-cv-02184-JAD-BNW<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND JOINT PRE-TRIAL ORDER DEADLINE**<br><br>**(FIRST REQUEST)** |

Plaintiffs John L. Suprock ("Mr. Suprock"), Laurie L. Suprock ("Mrs. Suprock"), Consortium LLC ("Consortium"), and Renewable Energy Now, LLC ("Renewable Energy" and, collectively, with Mr. Suprock, Mrs. Suprock, and Consortium, "Plaintiffs") and Defendant Quantum Energy, Inc. ("Defendant" and, collectively with Plaintiffs, the "Parties"), by and through their counsel of record,

1

jointly move the Court to extend the deadline for the Joint Pre-Trial Order from March 1, 2024 to March 8, 2024.

1. Pursuant to LR IA 6-1, this is the Parties' first joint request, outside of extensions granted during various settlement conferences with the Court, to extend the Joint Pre-Trial Order deadline. The extension is requested because the parties are continuing settlement negotiations, Defendant's counsel is meeting with Defendant's Board of Directors on Wednesday February 28, 2024, and it is hoped that further progress may be made in settlement discussions as a result.

2. The continuance requested herein is not sought for the purposes of delay and will not result in prejudice to the Parties or the Court.

3. Accordingly, the Parties jointly request that the Court continue the Joint Pre-Trial Order deadline from March 1, 2024 to March 8, 2024:

IT IS SO STIPULATED.

DATED this 26th day of February, 2024.

**WILEY PETERSEN**

By: _____
Jonathan D. Blum, Esq.
Nevada Bar. No. 9515
10000 West Charleton Blvd., Suite 230
Las Vegas, Nevada 89135
Telephone No. (702) 910-3329
Facsimile: (702) 553-3467
jblum@wileypetersenlaw.com

-and-

**SCHLAM STONE & DOLAN LLP**

By: /s/ Samuel L. Butt
Samuel L. Butt (admitted *pro hac vice*)
Joshua D. Wurtzel (admitted *pro hac vice*)
26 Broadway
New York, New York 10004
Tel: (212) 344-5400
E-Mail: sbutt@schlamstone.com
E-Mail: jwurtzel@schlamstone.com

*Attorneys for Plaintiffs John Suprock, Laurie Suprock, Consortium LLC, and Renewable Energy Now, LLC*

2

Dated this 26th day of February, 2024

**FENNEMORE CRAIG, P.C.**

By: /s/ Christopher H. Byrd
Christopher H. Byrd
Chelsie A. Adams
9275 W. Russel Road, Suite 240
Las Vegas, Nevada 89148
Telephone: (702) 692-8000
Facsimile: (702) 692-8099
Email: cbyrd@fennemorelaw.com
Email: cadams@fennemorelaw.com

-and-

**FENNEMORE CRAIG, P.C.**

By: /s/ David A. TImchak
David A. Timchak (admitted *pro hac vice*)
2394 E. Camelback Road, Suite 600
Telephone: (602) 916-5000
Facsimile: (602) 916-5999
Email: dtimchak@fennemorelaw.com

*Attorneys for Defendant Quantum Energy, Inc.*

### ORDER

**IT IS SO ORDERED**

**DATED:** 11:32 am, February 27, 2024

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

3