<u>EXHIBIT B</u>

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN L. SUPROCK, an individual, LAURIE L. SUPROCK, an individual, CONSORTIUM LLC, a South Dakota limited liability company, and RENEWABLE ENERGY NOW, LLC, a Montana limited liability company,<br>　　　　Plaintiffs,<br><br>v.<br><br>QUANTUM ENERGY, INC., a Nevada corporation, and CLEARTRUST, LLC, a Florida limited liability company,<br>　　　　Defendants. | CASE NO.: 21-cv-02184-JAD-DJA<br><br>**Stipulation and Order Dismissing Case**<br><br><br>ECF No. 128 |

IT IS HEREBY STIPULATED AND AGREED by and between all the parties that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-captioned action is voluntarily dismissed with prejudice, with each party to bear its own costs and fees, including attorneys' fees, and all parties waiving all rights of appeal.

Dated this 29 day of January, 2025.

WILEY PETERSEN

By: _____
Jonathan D. Blum, Esq.
Nevada Bar. No. 9515
1050 Indigo Drive, Suite 200B
Las Vegas, Nevada 89145
Telephone No. (702) 910-3329
Facsimile: (702) 553-3467
jblum@wileypetersenlaw.com

-and-

SCHLAM STONE & DOLAN LLP

By:/s/ Samuel L. Butt
　　Samuel L. Butt (admitted *pro hac vice*)
　　Joshua D. Wurtzel (admitted *pro hac vice*)
　　26 Broadway

New York, New York 10004
Tel: (212) 344-5400
E-Mail: sbutt@schlamstone.com
E-Mail: jwurtzel@schlamstone.com

*Attorneys for Plaintiffs John Suprock, Laurie Suprock, Consortium LLC, and Renewable Energy Now, LLC*

Dated this 30th day of January, 2025.

FENNEMORE CRAIG, P.C.

By: /s/Christopher H. Byrd
Christopher H. Byrd
Chelsie A. Adams
9275 W. Russel Road, Suite 240
Las Vegas, Nevada 89148
Telephone: (702) 692-8000
Facsimile: (702) 692-8099
Email: cbyrd@fennemorelaw.com
Email: cadams@fennemorelaw.com

-and-

Dated this 30th day of January, 2025.

FENNEMORE CRAIG, P.C.

By: /s/ David A. Timchak
David A. Timchak (admitted *pro hac vice*)
2394 E. Camelback Road, Suite 600
Telephone: (602) 916-5000
Facsimile: (602) 916-5999
Email: dtimchak@fennemorelaw.com

*Attorneys for Defendant Quantum Energy, Inc.*

## ORDER

Based on the parties' stipulation **[ECF No. 128]** and good cause appearing, IT IS HEREBY ORDERED that **THIS ACTION IS DISMISSED** with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to **CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 31, 2025